**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Cleona HOOPER, Defendant-Appellant.**

**No. 20206.**

United States Court of Appeals,
Sixth Circuit.

July 2, 1970.

Dale Quillen, Nashville, Tenn., on brief, for defendant-appellant.

W. Thomas Dillard, Knoxville, Tenn., for plaintiff-appellee; John L. Bowers, Jr., U. S. Atty., Edward E. Wilson, Asst. U. S. Atty., Knoxville, Tenn., on brief.

Before McCREE and BROOKS, Circuit Judges, and O'SULLIVAN, Senior Circuit Judge.

**ORDER**

Following a jury trial, defendant-appellant appeals his conviction of aiding and abetting and for violations of the Internal Revenue laws. (Title 18 U.S.C. § 2; Title 26 U.S.C. § 5686(a)). He complains of the partial denial of his motion to suppress, and attacks the constitutionality of the statutes under which he was convicted. Neither issue has merit.

Affirmed.